FILED
U.S. DISTRICT COURT
S̶A̶V̶A̶N̶N̶A̶H̶ DIV.

2005 DEC 22 AM 10: 54

CLERK
S̶O̶.̶ ̶D̶I̶S̶T̶.̶ ̶O̶F̶ ̶G̶A̶.̶

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| WILLIE KEITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 605-099 |
| ) | |
| EMANUEL PROBATION DETENTION ) | |
| CENTER and OFFICER HOOKS, ) | |
| ) | |
| Defendants. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this complaint is **DISMISSED** without prejudice for Plaintiff's failure to exhaust administrative remedies, and this civil action is **CLOSED**.

SO ORDERED this 22 day of December, 2005.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT